1

2

3

4                          UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    ANITA BROKAW,                          Case No.  15-cv-04313-SK

              Plaintiff,
8
                                            ORDER TO SHOW CAUSE WHY THE
9        v.                                 CASE SHOULD NOT BE DISMISSED
                                            FOR FAILURE TO PROSECUTE
10   CAROLYN W. COLVIN,

              Defendant.
11

12        On September 21, 2015, Plaintiff filed a complaint appealing the denial of social security

13   benefits.  The Court granted Plaintiff's application to proceed *in forma pauperis*, and the

14   defendant was served.  On January 8, 2016, the Defendant filed an answer.  Pursuant to Northern

15   District Civil Local Rule 16-5 and the Social Security Procedural Order filed in this action,

16   Plaintiff's motion for summary judgment was due to be filed by February 8, 2016.  To date,

17   Plaintiff has not filed a motion for summary judgment.  Accordingly, Plaintiff is HEREBY

18   ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.

19   Plaintiff shall file a written response to this Order to Show Cause by no later than March 15, 2016.

20   If Plaintiff intends to file a motion for summary judgment, she must show good cause for her

21   failure to comply with the scheduling order in this case.  Plaintiff is admonished that if she fails to

22   file a response to this Order to Show Cause by March 15, 2016, the Court will dismiss this case

23   without prejudice without further notice to Plaintiff.

24        The Court advises Plaintiff that the district court has produced a guide for pro se litigants

25   called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides

26   instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

27   It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy free

28   of charge from the Clerk's Office.  The Court further advises Plaintiff that she also may wish to

United States District Court
Northern District of California

seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

   **IT IS SO ORDERED**.

Dated: February 23, 2016



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANITA BROKAW,

          Plaintiff,

    v.

CAROLYN W. COLVIN,

         Defendant.

Case No.  15-cv-04313-SK

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on February 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anita  Brokaw
1874 Fred Jackson Way
Richmond, CA 94801

Dated: February 23, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the
Honorable SALLIE KIM

3

United States District Court
Northern District of California