UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BROKAW,<br>        Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>        Defendant. | Case No. 15-cv-04313-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 16 |

On February 23, 2016, the Court issued an Order to Show Cause ("OSC") to Plaintiff as to why this case should not be dismissed for failure to prosecute. Plaintiff timely filed a response and requested more time to file her motion for summary judgment. She represents that the Defendant does not oppose her request. The Court HEREBY DISCHARGES the OSC and GRANTS Plaintiff's request for an extension of time. Plaintiff shall file her motion for summary judgment by no later than May 27, 2016.

**IT IS SO ORDERED**.

Dated: March 21, 2016

_____
SALLIE KIM
United States Magistrate Judge