Your Name: Anita Brokaw
Address: 106 5th Street, Richmond, CA 94801
Phone Number: (510) 369-9158
Pro Se

# United States District Court
## Northern District of California

| ANITA BROKAW | Case Number: 3:15-CV-04313-SK |
|---|---|
| Plaintiff(s), | **REQUEST TO CONTINUE DEADLINE FOR FILING A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN | |
| Defendant(s). | |

*Pro se* Plaintiff Anita Brokaw respectfully requests the Court to continue the deadline for filing a motion for summary judgment, currently scheduled for May 27, 2016, for 15 days, or as long as the Court sees fit.

There seems to be a season of grief and despair for my family this year. The death of our loved ones has been very challenging. My father-in-law passed unexpectedly in April. Dealing with the aftermath of his death was very taxing on my time and emotions. These challenges were compounded by frustrating telephonic problems. I have a new phone number now, and I am filing updated contact information with the Court at the same time I file this request.

I met with an attorney at the Legal Help Center and understand what I need to do. I just need a little more time to do it properly. I am asking the court to grant me 15 days to review the administrative record and file a motion for summary judgment.

     Last week I called Richard Rodriguez in the Office of the General Counsel, Social Security Office. I left him a message informing him that I would be asking the Court for additional time to file my motion for summary judgment, and asking him to stipulate to the same. Today, I receive a voicemail message from him in which he stated he had no objection to this request.

     I appreciate the Court's consideration of this request.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05-25-2016    Sign Name: *Anita Brokaw*

                      Print Name: Anita Brokaw

                       Pro Se

The Court GRANTS Plaintiff's request. Plaintiff's deadline to file a motion for summary judgment is HEREBY EXTENDED to June 15, 2016.

Dated: June 6, 2016



IT IS SO ORDERED
Judge Sallie Kim