United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BROKAW,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 15-cv-04313-SK<br><br>**SECOND ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On February 23, 2016, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute based on Plaintiff's failure to file a motion for summary judgment. In response to Plaintiff's request for additional time, the Court discharged the OSC and extended Plaintiff's deadline to file her motion for summary judgment to May 27, 2016. To date, Plaintiff still has not filed a motion for summary judgment. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this OSC by no later than July 7, 2016. If Plaintiff intends to file a motion for summary judgment, she must show good cause for her failure to comply with the Court's order in this case. Plaintiff is admonished that if she fails to file a response to this OSC by July 7, 2016, the Court will dismiss this case without prejudice without further notice to Plaintiff.

The Court again refers Plaintiff to the guide for self-represented litigants: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. That handbook provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy free of charge from the Clerk's Office. The Court again reminds Plaintiff that she can seek assistance

1  from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or sign up
2  on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland
3  Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide
4  basic legal help, but not legal representation.
5  **IT IS SO ORDERED**.

Dated: June 22, 2016



SALLIE KIM
United States Magistrate Judge