United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BROKAW,<br>         Plaintiff,<br>      v.<br>CAROLYN W. COLVIN,<br>         Defendant. | Case No. 15-cv-04313-SK<br><br>**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 16 |

On June 22, 2016, the Court issued a Second Order to Show Cause ("OSC") to Plaintiff as to why this case should not be dismissed for failure to prosecute. Plaintiff timely filed a motion seeking more time to file her motion for summary judgment. She represents that the Defendant does not oppose her request. The Court HEREBY DISCHARGES the OSC and GRANTS Plaintiff's request for another extension of time. Plaintiff shall file her motion for summary judgment by no later than **July 25, 2016**.

**IT IS SO ORDERED**.

Dated: June 24, 2016



SALLIE KIM
United States Magistrate Judge